John Brosnan
3321 Vincent Road
Pleasant Hill, CA 94523
510.779.1006 : Tel
925.237.8300 : Fax

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

v.

TRADELINE SOLUTIONS INC,
TRADELINESOLUTIONS.COM, TED
STEARNS, APRIL RICHARDS,
RANDOLPH HIRSCH, STEVE DEJESUS,
SEASONEDTRADES.COM,
TAYLORSTREETCREDIT.COM,
AND DOES 1 - 99,

    Defendants.

CASE NUMBER : CV 08 0694 JCS

COMPLAINT FOR FRAUD,
CONSPIRACY TO COMMIT FRAUD,
VIOLATION OF CALIFORNIA
BUSINESS AND PROFESIONS CODE
§§ 17200, FALSE AND DECEPTIVE
ADVERTISING

JOHN BROSNAN alleges as follows:

JURISDICTION, VENUE, AND PARTIES

1.    This Court has original jurisdiction of the causes of action herein.

2.    The unlawful actions of the defendants were committed in the State of California and in the judicial district of this Court.

3.    JOHN BROSNAN ("BROSNAN") is a Nevada resident.

4.    BROSNAN is informed that TRADELINE SOLUTIONS INC is a California corporation.

5.    BROSNAN is informed that TRADELINESOLUTIONS.COM is a website operated from California.

6.    BROSNAN is informed and believes that TED STEARNS is a California resident.

COMPLAINT

7. BROSNAN is informed that APRIL RICHARDS is a California resident.

8. BROSNAN is informed that RANDOLPH HIRSCH is a California resident.

9. BROSNAN is informed that STEVE DEJESUS is an Arkansas resident.

10. BROSNAN is informed that SEASONEDTRADES.COM is a website business.

11. BROSNAN is informed that TAYLORSTREETCREDIT.COM is a website business.

12. BROSNAN does not know the true names of the DOES listed above but will amend this complaint accordingly once their identities have been determined

## FACTS

13. All defendants participate in the business of assisting people increase their credit score.

14. All defendants offer services whereby an individual can purchase a pre-existing line of credit which the defendants refer to as a tradeline ("TRADELINE").

15. Said TRADELINES are typically older than three years.

16. Said TRADELINES typically have never had a payment made on them.

17. Said TRADELINES are absolute fabrications created for the sole purpose of duping a credit granter into believing that the person with the TRADELINE has had the TRADELINE for it's entire existence and has made timely payments on that TRADELINE.

18. All defendants are aware that their clients have never made a payment on the TRADELINE that defendant has sold to the client.

19. All defendants advise their clients to represent to a credit granter that the client has had the TRADELINE for it's entire existence and that the client has made all the payments

20. All defendants assist their clients in adding the TRADELINE to the client's existing credit in order to boost the credit score of the client.

21. All defendants then advise their clients to apply for credit through a credit granter and represent to the credit granter that the TRADELINE is theirs and has always been theirs.

22. Credit granters are entities such as mortgage companies that make home loans, car dealers that lend money to buy cars, jewelry stores that lend money to people to purchase diamonds and other jewelry and landlords vetting potential tenants, just to name a few.

23. All defendants know that without their provision of TRADELINES to their clients that those very clients would not be able to obtain the loans they can obtain by the use of the falsified TRADELINES.

24. All defendants advise their clients to not tell potential credit granters that the

COMPLAINT

1  TRADELINE was purchased for the sole purpose of increasing their credit score.

2  25. All defendants are knowingly perpetrating a fraud upon credit granters.

### FIRST CAUSE OF ACTION
### FRAUD
### ALL DEFENDANTS

26. Plaintiff refers to the allegations of the preceding paragraphs of this complaint, and incorporates the same herein by this reference as though set forth in full.

27. Defendants knowkingly market the sale of TRADELINES which have been in existence for more than three years to people so that those very people can then misrepresent the truth of the TRADELINE to a credit granter for the purposes of obtaining loans, cash or property.

28. Defendants represent to the public that the purchase of TRADELINES for the purpose of gaining credit for the purpose of defrauding credit granters is legal.

29. Defendants don't inform clients of the illegal nature of their proposed use of TRADELINES

### SECOND CAUSE OF ACTION
### CONSPIRACY TO COMMIT FRAUD
### ALL DEFENDANTS

30. Plaintiff refers to the allegations of the preceding paragraphs of this complaint, and incorporates the same herein by this reference as though set forth in full .

31. Defendants establish phony TRADELINES by working in concert with other parties that represent to credit granters that the TRADELINES are legitimate.

32. Said outside parties are fully aware that the TRADELINE will be used for the purposes of obtaining credit.

### THIRD CAUSE OF ACTION
### VIOLATION OF CALIFORNIA BUSINESS AND PROFESIONS CODE §§ 17200
### ALL DEFENDANTS

33. Plaintiff refers to the allegations of the preceding paragraphs of this complaint, and incorporates the same herein by this reference as though set forth in full.

34. All defendants engage in their illegal activity to the harm and detriment of plaintiff. credit.

COMPLAINT

## FOURTH CAUSE OF ACTION
## FALSE AND DECEPTIVE ADVERTISING
## ALL DEFENDANTS

35. Plaintiff refers to the allegations of the preceding paragraphs of this complaint, and incorporates the same herein by this reference as though set forth in full.

36. All defendants advertise their services of selling TRADELINES as being totally legal when in fact all defendants know they are engaging in the defrauding of a credit granter.

WHEREFORE, plaintiff prays judgment against the defendants and each of them as follows:

1. For actual monetary damages according to proof;
2. For Punitive Damages against each defenant in the amount of $100,000,000.00;
3. For an award of reasonable attorneys' fees and costs according to proof;
4. For an Injuction to Stop the illegal activities of defendants;
5. For costs of suit; and
6. For such other and further relief as this Court deems just and proper.

DATED: January 22, 2008

John Brosnan

COMPLAINT

®JS 44  (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
JOHN BROSNAN

**DEFENDANTS**

**(b)** County of Residence of First Listed Plaintiff   **DOUGLAS**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant   **LOS ANGELES**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
John Brosnan, 3321 Vincent Road, Pleasant Hill, CA 94523  925.930.3486

Attorneys (If Known)

## II. BASIS OF JURISDICTION  (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☒ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | **PERSONAL PROPERTY** | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 370 Other Fraud | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal Property Damage | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 385 Property Damage Product Liability | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN   (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
DIVERSITY

Brief description of cause:
FRAUD

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $ 100,000,000    CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):   JUDGE _____   DOCKET NUMBER _____

DATE  01/25/2008

SIGNATURE OF ATTORNEY OF RECORD  *John Brosn[signature]*

**FOR OFFICE USE ONLY**

RECEIPT #   AMOUNT   APPLYING IFP   JUDGE   MAG. JUDGE

