Mike Arias, Esq. (CSB #115385)
Mark A. Ozzello, Esq. (CSB #116595)
Mark J. Bloom, Esq. (CSB #223783)
ARIAS OZZELLO & GIGNAC LLP
6701 Center Drive West, Suite 1400
Los Angeles, California 90045-1558
Tel:  (310) 670-1600
Fax:  (310) 670-1231
marias@aogllp.com

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TRADELINE SOLUTIONS INC., TRADELINESOLUTIONS.COM, TED STEARNS, APRIL RICHARDS, RANDOLPH HIRSCH, STEVE DEJESUS, SEASONEDTRADES.COM, TAYLORSTREETCREDIT.COM, and DOES 1-99,<br><br>　　　　Defendants. | Case No. C08-00694 (JCS)<br><br>[Hon. Joseph C. Spero<br> Courtroom "A"]<br><br>**ORDER DISMISSING PLAINTIF'S COMPLAINT PURSUANT TO F.R.C.P. 12(b)(6) AND 9(b)**<br><br>Date:　March 28, 2008<br>Time:　9:30 a.m.<br>Ctrm.:　A<br><br>Complaint Filed: January 30, 2008<br>Trial Date:　　　None |

　　　　The motion of Defendants for an order to dismiss Plaintiff's Complaint came on for hearing on March 28, 2008 in Courtroom A of the United States District Court for the Northern District of California.

　　　　Plaintiff John Brosnan appeared on behalf of himself and Mark J. Bloom, Esq. of Arias, Ozzello & Gignac, LLP appeared on behalf of Defendants.

///

///

After consideration of the papers and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Defendants' motion is hereby GRANTED and that Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: _____

                                        HON. JOSEPH C. SPERO
                                        United States District Judge

ARIAS OZZELLO & GIGNAC LLP