1  Mike Arias, Esq. (CSB #115385)
2  Mark A. Ozzello, Esq. (CSB #116595)
   Mark J. Bloom, Esq. (CSB #223783)
   ARIAS OZZELLO & GIGNAC LLP
3  6701 Center Drive West, Suite 1400
   Los Angeles, California 90045-1558
4  Tel: (310) 670-1600
   Fax: (310) 670-1231
5  marias@aogllp.com

6  Attorneys for Defendants

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 JOHN BROSNAN,                      Case No. C08-00694 (JCS)

12          Plaintiff,                [Hon. Joseph C. Spero
                                       Courtroom "A"]
13     vs.
                                      **ORDER STRIKING PORTIONS
14 TRADELINE SOLUTIONS INC.,          OF PLAINTIF'S COMPLAINT
   TRADELINESOLUTIONS.COM, TED        PURSUANT TO F.R.C.P. 12(f)**
15 STEARNS, APRIL RICHARDS,
   RANDOLPH HIRSCH, STEVE             Date:   March 28, 2008
16 DEJESUS,                           Time:   9:30 a.m.
   SEASONEDTRADES.COM,                Ctrm.:  A
17 TAYLORSTREETCREDIT.COM, and
   DOES 1-99,                         Complaint Filed:  January 30, 2008
18                                    Trial Date:      None
          Defendants.
19

20

21        The motion of Defendants for an order to strike portions of Plaintiff's

22 Complaint came on for hearing on March 28, 2008 in Courtroom A of the

23 United States District Court for the Northern District of California.

24        Plaintiff John Brosnan appeared on behalf of himself and Mark J.

25 Bloom, Esq. of Arias, Ozzello & Gignac, LLP appeared on behalf of

26 Defendants.

27 ///

28 ///

**ORDER STRIKING PORTIONS OF PLAINTIFF'S
COMPLAINT PURSUANT TO F.R.C.P. 12 (F)**

After consideration of the papers and arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Defendants' motion is hereby GRANTED and that the portions of Plaintiff's Complaint pertaining to Plaintiff's claims for punitive damages in the amount of $100,000,000.00 and for attorney's fees be stricken, without leave to amend.

**IT IS SO ORDERED.**


Dated: _____          _____

HON. JOSEPH C. SPERO
United States District Judge

ARIAS OZZELLO & GIGNAC LLP

**ORDER STRIKING PORTIONS OF PLAINTIFF'S COMPLAINT PURSUANT TO F.R.C.P. 12 (F)**