1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                   NORTHERN DISTRICT OF CALIFORNIA
8
    JOHN BROSNAN
9                                        No. C 08-00694 JCS

10            Plaintiff(s),              **CONSENT TO PROCEED BEFORE A**
                                         **UNITED STATES MAGISTRATE JUDGE**
11        v.
    TRADELINE SOLUTIONS, INC., ET AL.,
12
13            Defendant(s).
                                    /
14
15      CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16      In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18  proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the

19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
21  Dated: February 28, 2008

                                         Signature

22                                              Quantum Holdings
                                         Counsel for d.b.a. Tradeline Solutions
23                                       (Plaintiff, Defendant or indicate "pro se")

24
25
26
27
28