UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN

        Plaintiff(s),

   v.

TRADELINE SOLUTIONS, INC., ET AL.,

        Defendant(s).
_____/

No. C 08-00694 JCS

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: February 28, 2008

Signature [signed]

Counsel for Tamera Turkisher aka April Richards
(Plaintiff, Defendant or indicate "pro se")