UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,  No. C 08-00694 (JCS)

        Plaintiff(s),

        v.  CLERK'S NOTICE

TRADELINE SOLUTIONS INC, ET AL.,

        Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    YOU ARE NOTIFIED THAT the hearing on Defendants' Motion to Dismiss and Motion to Strike Plaintiff's Complaint before Magistrate Judge Spero previously noticed for March 28, 2008, at 1:30 p.m., has been reset to **May 16, 2008, at 9:30 a.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The opposition memorandum shall be due by **April 25, 2008,** and the reply brief shall be due by **May 2, 2008.**

    YOU ARE HEREBY FURTHER NOTIFIED that the Initial Case Management Conference, previously noticed for May 9, 2008, at 1:30 p.m., has been continued to **May 16, 2008, at 9:30 a.m.** The joint case management conference statement shall be due by **May 9, 2008.** Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: March 17, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_____
    Karen L. Hom
    Courtroom Deputy