1  Mike Arias, Esq. (CSB #115385)
   Mikael H. Stahle, Esq. (CSB 182599)
2  Mark J. Bloom, Esq. (CSB #223783)
   **ARIAS OZZELLO & GIGNAC LLP**
3  6701 Center Drive West, Suite 1400
   Los Angeles, California 90045-1558
4  Tel:  (310) 670-1600
   Fax: (310) 670-1231
5  marias@aogllp.com
   mstahle@aogllp.com
6  mbloom@aogllp.com

7  Attorneys for Defendants,
   Quantum Holdings dba Tradeline Solutions, Inc.,
8  TradelineSolutions.com, Ted Stearns,
   April Richards aka Tamera Turkisher
9

10
                    UNITED STATES DISTRICT COURT
11
                  NORTHERN DISTRICT OF CALIFORNIA
12

13

| | |
|---|---|
| JOHN BROSNAN, | Case No. C08-00694 MMC |
| Plaintiff, | Hon. Maxine M. Chesney |
| vs. | |
| TRADELINE SOLUTIONS INC., et al., | **AMENDED NOTICE OF MOTION TO DISMISS** |
| Defendants. | |
| | Date:  June 27, 2008 |
| | Time:  9:00 a.m. |
| | Ctrm.:  7 |
| | |
| | Complaint Filed:  January 30, 2008 |
| | Trial Date:    None |

23        TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF

24  RECORD:

25        PLEASE TAKE NOTICE that on June 27, 2008 at 9:00 a.m. or as soon

26  thereafter as counsel may be heard, before the Honorable Maxine M. Chesney,

27  United States District Court Judge, in Courtroom 7 of the United States District

28  Court for the Northern District of California, located at 450 Golden Gate Avenue,

AMENDED NOTICE OF MOTION TO DISMISS

ARIAS OZZELLO & GIGNAC LLP

1   San Francisco, California 94102, Defendants Quantum Holdings dba Tradeline

2   Solutions, Inc.; TradelineSolutions.com; Ted Stearns; and, April Richards aka

3   Tamera Turkisher (collectively "Tradeline Defendants") will move the Court for an

4   order pursuant to Federal Rule of Civil Procedure 12(b)(1), 12(b)(6) and Rule 9(b)

5   dismissing with prejudice, Plaintiff's Complaint on grounds that each of the claims

6   for relief fails to state a claim upon which relief can be granted.

7        This Motion is based on this Amended Notice of Motion, the Notice of

8   Motion and Motion to Dismiss filed on February 19, 2008, all pleadings, papers and

9   records on file herein, any matter of which the Court may take judicial notice, and

10  such oral argument as may be presented at the hearing on this Motion.

11

12  Dated: May 23, 2008                    ARIAS OZZELLO & GIGNAC LLP

13

14

15                                  By: _____
                                        MIKE ARIAS
16                                      MIKAEL H. STAHLE
                                        MARK J. BLOOM
17                                      Attorneys for Class Plaintiffs

18

19

20

21

22

23

24

25

26

27

28

AMENDED NOTICE OF MOTION TO DISMISS

ARIAS OZZELLO & GIGNAC LLP

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the State of California, County of Los Angeles. I am over the age of 18 and not a party to the within suit; my business address is 6701 Center Drive West, Suite 1400, Los Angeles, California 90045.

On **May 23, 2008**, I served a true and correct copy of the foregoing document described as: **AMENDED NOTICE OF MOTION TO DISMISS** on the interested parties in this action as follows:

John Brosnan
3321 Vincent Road
Pleasant Hill, CA 94523
Tel: (510) 779-1006
Fax: (925) 237-8300

[✓]  **BY MAIL:** I deposited the envelopes for mailing in the ordinary course of business at Los Angeles, California. I am "readily familiar" with this firm's practice of collection and processing correspondence f or mailing. Under that practice, the sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California .

[✓]  **BY FAX:** I hereby certify that this docume nt was served by facsimile delivery on the parties listed herein at their most recent fax number of record in this action on May 23, 2008, from Los Angeles, California.

[ ]  **BY E-MAIL:** I hereby certify that this document was served by e-mail delivery on the parties listed herein, via electronic transmission of the "Notice of Electronic Filing" (NEF), at the time of electronically filing the document(s).

[ ]  **BY PERSONAL SERVICE:** I delivered such envelope by hand to the offices of the addressee named herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 23, 2008** at Los Angeles, California.



__Regina Macleod__
Type or Print Name                         Signature

PROOF OF SERVICE