Mike Arias, Esq. (CSB #115385)
Mikael H. Stahle, Esq. (CSB 182599)
Mark J. Bloom, Esq. (CSB #223783)
**ARIAS OZZELLO & GIGNAC LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045-1558
Tel: (310) 670-1600
Fax: (310) 670-1231
marias@aogllp.com
mstahle@aogllp.com
mbloom@aogllp.com

Attorneys for Defendants,
Quantum Holdings dba Tradeline Solutions, Inc.,
TradelineSolutions.com, Ted Stearns,
April Richards aka Tamera Turkisher

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>Plaintiff,<br><br>vs.<br><br>TRADELINE SOLUTIONS INC., et al.,<br><br>Defendants. | Case No. C08-00694 MMC<br><br>Hon. Maxine M. Chesney<br><br>**AMENDED NOTICE OF MOTION TO STRIKE**<br><br>Date: June 27, 2008<br>Time: 9:00 a.m.<br>Ctrm: 7<br><br>Complaint Filed: January 30, 2008<br>Trial Date: None |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on June 27, 2008 at 9:00 a.m. or as soon thereafter as counsel may be heard, before the Honorable Maxine M. Chesney, United States District Court Judge, in Courtroom 7 of the United States District Court for the Northern District of California, located at 450 Golden

Gate Avenue, San Francisco, California 94102, Defendants Quantum Holdings dba Tradeline Solutions, Inc.; TradelineSolutions.com; Ted Stearns; and, April Richards aka Tamera Turkisher (collectively "Tradeline Defendants") will move the Court for an order pursuant to Federal Rule of Civil Procedure 12(f) striking portions of Plaintiff's Complaint pertaining to Plaintiff's claim for an award of attorney's fees and punitives in the amount of $100,000,000.00, without leave to amend.

This Motion is based on this Amended Notice of Motion, the Notice of Motion and Motion to Strike filed on February 19, 2008, all pleadings, papers and records on file herein, any matter of which the Court may take judicial notice, and such oral argument as may be presented at the hearing on this Motion.

Dated: May 23, 2008                     ARIAS OZZELLO & GIGNAC LLP

By: _____
MIKE ARIAS
MIKAEL H. STAHLE
MARK J. BLOOM
Attorneys for Class Plaintiffs

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the State of California, County of Los Angeles. I am over the age of 18 and not a party to the within suit; my business address is 6701 Center Drive West, Suite 1400, Los Angeles, California 90045.

On **May 23, 2008**, I served a true and correct copy of the foregoing document described as: **AMENDED NOTICE OF MOTION TO STRIKE** on the interested parties in this action as follows:

John Brosnan
3321 Vincent Road
Pleasant Hill, CA 94523
Tel: (510) 779-1006
Fax: (925) 237-8300

[✓]  **BY MAIL:** I deposited the envelopes for mailing in the ordinary course of business at Los Angeles, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. Under that practice, the sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California.

[✓]  **BY FAX:** I hereby certify that this document was served by facsimile delivery on the parties listed herein at their most recent fax number of record in this action on May 23, 2008, from Los Angeles, California.

[ ]  **BY E-MAIL:** I hereby certify that this document was served by e-mail delivery on the parties listed herein, via electronic transmission of the "Notice of Electronic Filing" (NEF), at the time of electronically filing the document(s).

[ ]  **BY PERSONAL SERVICE:** I delivered such envelope by hand to the offices of the addressee named herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 23, 2008** at Los Angeles, California.

_Regina Macleod_
Type or Print Name

_[Signature]_
Signature