IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

v.

TRADELINE SOLUTIONS INC., et al.,

    Defendants

No. C-08-0694 MMC

**ORDER CONTINUING CASE MANAGEMENT CONFERENCE; SETTING DEADLINE FOR PLAINTIFF TO SERVE DEFENDANTS**

    Four defendants having filed a motion to dismiss noticed for hearing on June 27, 2008, and no appearance having been made by the remaining four defendants, the Court hereby CONTINUES the Initial Case Management Conference from May 30, 2008 to August 1, 2008. A Joint Case Management Statement shall be filed no later than July 25, 2008.

    Further, plaintiff is hereby ORDERED to serve all remaining defendants no later than June 13, 2008, and to file proof of such service no later than June 20, 2008.[1] The Court will dismiss the action, without prejudice, as to any such defendant for whom plaintiff has failed to file proof of service by June 20, 2008.

    **IT IS SO ORDERED.**

Dated: May 23, 2008

                                              MAXINE M. CHESNEY
                                              United States District Judge

---

[1] The docket indicates that plaintiff has not filed proof of service of the summons and complaint on any of the following defendants: Randolph Hirsch, Steve DeJesus, Seasonedtrade.com, and Taylorstreetcredit.com.