United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

  v.

TRADELINE SOLUTIONS INC., et al.,

    Defendants

No. C-08-0694 MMC

**ORDER DISMISSING WITHOUT PREJUDICE PLAINTIFF'S CLAIMS AGAINST DEFENDANTS RANDOLPH HIRSCH, STEVE DEJESUS, SEASONEDTRADE.COM, AND TAYLORSTREET.COM**

    By order filed May 23, 2008, the Court ordered plaintiff to (1) serve, no later than June 13, 2008, the four defendants that, as of May 23, 2008, had not been served, and (2) file, no later than June 20, 2008, proof of such service. In said order, the Court also advised plaintiff that it would dismiss the action, without prejudice, as to any defendant for whom plaintiff failed to file timely proof of service.

    The four defendants referenced in the Court's May 23, 2008 order are Randolph Hirsch, Steve DeJesus, Seasonedtrade.com, and Taylorstreetcredit.com. To date, plaintiff has failed to file proof of service of the summons and complaint on any of those defendants.

    Accordingly, plaintiff's claims against defendants Randolph Hirsch, Steve DeJesus, Seasonedtrade.com, and Taylorstreetcredit.com are hereby DISMISSED without prejudice. See Fed. R. Civ. P. 4(m).

    **IT IS SO ORDERED.**

Dated: June 24, 2008

_____
MAXINE M. CHESNEY
United States District Judge