IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,

    Plaintiff,

v.

TRADELINE SOLUTIONS INC., et al.,

    Defendants
                                /

No. C 08-0694 MMC

**ORDER OF REFERENCE TO MAGISTRATE JUDGE FOR TRIAL UPON CONSENT**

All remaining parties having consented to assignment of the above-titled matter to a United States Magistrate Judge,[1] IT IS HEREBY ORDERED that the case is referred to Magistrate Judge Joseph C. Spero, to whom the matter previously was assigned, for all further proceedings and entry of judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit. See 28 U.S.C. § 636(c).

In light of the reassignment, the June 27, 2008 hearing on defendants' motions to dismiss and to strike is VACATED.

**IT IS SO ORDERED.**

Dated: June 24, 2008

                                              MAXINE M. CHESNEY
                                              United States District Judge

---

[1] By separate order filed concurrently herewith, the Court has dismissed plaintiff's claims against defendants that have not been seved.