**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**
_____

www.cand.uscourts.gov

Richard W. Wieking                                                                                      General Court Number
Clerk                                                                                                             415.522.2000


**June 27, 2008**

**CASE NUMBER:  CV 08-00694 MMC**
**CASE TITLE:  JOHN BROSNAN-v-TRADELINE SOLUTIONS INC**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Joseph C. Spero** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **JCS** immediately after

the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND
SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE
HAS BEEN REASSIGNED.

Date: 6/27/08

FOR THE EXECUTIVE COMMITTEE:

_____
                                                          Clerk


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                         Special Projects
Log Book Noted                                               Entered in Computer 6/27/08ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                      Transferor CSA