Mike Arias, Esq. (CSB #115385)
Mikael H. Stahle, Esq. (CSB 182599)
Mark J. Bloom, Esq. (CSB #223783)
**ARIAS OZZELLO & GIGNAC LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045-1558
Tel:  (310) 670-1600
Fax:  (310) 670-1231
marias@aogllp.com
mstahle@aogllp.com
mbloom@aogllp.com

Attorneys for Defendants,
Quantum Holdings dba Tradeline Solutions, Inc.,
TradelineSolutions.com, Ted Stearns,
April Richards aka Tamera Turkisher

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>           Plaintiff,<br><br>     vs.<br><br>TRADELINE SOLUTIONS INC., et al.,<br><br>           Defendants. | Case No. C08-00694 JCS<br><br>Hon. Joseph C. Spero<br>Courtroom A<br><br>**CASE MANAGEMENT STATEMENT**<br><br>Date:  August 1, 2008<br>Time:  1:30 p.m.<br>Ctrm.:  A<br><br>Complaint Filed: January 30, 2008<br>Trial Date:       None |

    COME NOW Defendants Quantum Holdings dba Tradeline Solutions, Inc.; TradelineSolutions.com; Ted Stearns; and, April Richards aka Tamera Turkisher (collectively "Tradeline Defendants") and submit this Case Management Statement.

///

///

///

Page 1

**CASE MANAGEMENT STATEMENT**

1. Jurisdiction and Service

The Tradeline Defendants do not believe this Court has subject matter jurisdiction of this action, as Plaintiff has failed to allege both (1) diversity of citizenship, and (2) the proper amount in controversy and, therefore, has failed to sufficiently plead how this Court has original jurisdiction to hear this case under 28 U.S.C. § 1331 or §1332, and has not abided by Civil Local Rule 3-15 (a) regarding jurisdictional requirements.

2. Facts

Plaintiff alleges that Defendants sold so-called "tradelines," which are aged lines of credits whereby the purchaser may establish a credit history in a short period of time. Plaintiff appears to also allege that Defendants have engaged in fraud by misrepresenting the nature of "tradelines" and by permitting others to use the tradelines to defraud others.

3. Legal Issues

The legal issues most immediately before the Court concern whether Plaintiff has sufficiently and appropriately plead the claims for relief. Plaintiff's claims for relief are (1) Fraud, (2) Conspiracy to Commit Fraud, (3) Unfair Competition, and (4) False and Deceptive Advertising.

4. Motions

The Tradeline Defendants have filed a Motion to Dismiss for lack of subject matter jurisdiction and for failure to state a cause of action. They have also filed a Motion to Strike Plaintiff's prayer for punitive damages in the amount of $100,000,000.

5. Amendment of Pleadings

The Tradeline Defendants are currently unaware of any intention on Plaintiff's part to amend the complaint.

///

///

6. Evidence Preservation

The Tradeline Defendants have, in principal, no objection to an order requiring the preservation of evidence, but have not received any proposal from Plaintiff in this regard.

7. Disclosures

The Tradeline Defendants propose that the parties make their Fed. R. Civ. P. 26 disclosures no later than 14 days after the August 1, 2008 Case Management Conference.

8. Discovery

The Tradeline Defendants have not yet engaged in formal discovery and are unaware of any discovery served by any other party.

9. Class Actions

N/A.

10. Related Cases

The Tradeline Defendants are unaware of any related cases.

11. Relief

The Tradeline Defendants have not been able to determine from the complaint the exact nature of Plaintiff's claims and therefore cannot say what the basis for damages would be.

12. Settlement and ADR

The Tradeline Defendants are amenable to engaging in mediation. At this early stage, however, the Tradeline Defendants are not in a position to evaluate the prospects for resolution.

13. Consent to Magistrate Judge for All Purposes

The Tradeline Defendants have no objection to the assignment of this matter to a Magistrate Judge for all purposes.

///

///

14. <u>Other References</u>

The Tradeline Defendants do not at this stage believe the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15. <u>Narrowing the Issues</u>

The Tradeline Defendants believe that the motions responsive to the complaint will help narrow the issues.

16. <u>Expedited Schedule</u>

The Tradeline Defendants have no objection in principle to the handling of this case on an expedited schedule but believe that it is premature to make that determination before the ruling on the motions currently on calendar.

17. <u>Scheduling</u>

| | |
|---|---|
| Discovery Cutoff | November 21, 2008 |
| Designation of Experts | December 12, 2008 |
| Designation of Rebuttal Experts | January 9, 2009 |
| Dispositive Motion Hearing Cutoff | February 27, 2009 |
| Pretrial Conference | March 27, 2009 |
| Trial | April 24, 2009 |

18. <u>Trial</u>

The Tradeline Defendants are requesting a jury trial. Trial estimate: 5-10 days.

19. <u>Disclosure of Non-Party Interested Entities or Persons</u>

The Tradeline Defendants are unaware of any non-party interested entities or persons.

///
///
///
///

20. <u>Other Matters Facilitating Just, Speedy, and Inexpensive Disposition</u>

The Tradeline Defendants are unaware of any such matters at the current time.

Dated: July 25, 2008                    ARIAS OZZELLO & GIGNAC LLP


By: /s/ Mikael H. Stahle
    MIKE ARIAS
    MIKAEL H. STAHLE
    MARK J. BLOOM
    Attorneys for Class Plaintiffs

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the State of California, County of Los Angeles.  I am over the age of 18 and not a party to the within suit; my business address is 6701 Center Drive West, Suite 1400, Los Angeles, California 90045.

On **July 25, 2008**, I served the foregoing document described as: **CASE MANAGEMENT STATEMENT** on the interested parties in this action below, using the following means:

All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced caption and number

[✓]     **By Electronic Mail or Electronic Transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above.  I did not receive, within a reasonable time after the transmission, an electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 25, 2008** at Los Angeles, California.

|      Regina Macleod      |      /s/ *Regina Macleod*      |
|      Print or Type Name      |      Signature      |