# ARIAS OZZELLO & GIGNAC LLP
### ATTORNEYS & COUNSELORS AT LAW

MIKE ARIAS ★
MARK A. OZZELLO
J. PAUL GIGNAC
ARNOLD C. WANG
MIKAEL H. STAHLE
H. SCOTT LEVIANT
JASON E. BARSANTI♣
STEPHANIE C. LAI
MARK J. BLOOM
DEBORAH P. GUTIERREZ
KILEY L. GROMBACHER

OF COUNSEL:
STEPHEN J. BAITY+
DAVID JAROSLAWICZ ♦
KATHRYN M. SCHWERTFEGER
ROBERT A. DYE
KATHERINE A. DONOVEN ∇
RODERICK ALVENDIA °

★ MEMBER CA, NY, NJ & DC BARS
♣ MEMBER CA & IL BARS
+ MEMBER CO BAR
♦ MEMBER CA, NY & FL BARS
∇ MEMBER CA & AR BARS
° MEMBER LA BAR

DIRECTOR OF FIRM OPERATIONS:
LAURA STUART

HOWARD HUGHES CENTER
6701 CENTER DRIVE WEST
FOURTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90045-1558

TELEPHONE (310) 670-1600
FAX (310) 670-1231
E-MAIL aoglaw@aogllp.com

SANTA BARBARA OFFICE

4050 CALLE REAL, SUITE 130
SANTA BARBARA, CALIFORNIA 93110
TELEPHONE (805) 683-7400
FAX (805) 683-7401

NEW YORK
ASSOCIATE OFFICE

150 WILLIAM STREET, 19TH FLOOR
NEW YORK, NEW YORK 10038
TELEPHONE (212) 227-2780
FAX (212) 732-6746

LOUISIANA
ASSOCIATE OFFICE

1515 POYDRAS STREET, SUITE 1400
NEW ORLEANS, LOUISIANA 70112
TELEPHONE (504) 482-5811
FAX (504) 523-0699

SENDER'S E-MAIL:
mstahle@aogllp.com
SENDER'S DIRECT EXTENSION: 108

July 25, 2008

**Via CM/ECF Upload**

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, California 94102-3483

    Re:    **Brosnan v. Tradeline Solutions Inc., et al.**
           **USDC-CAND Case No. C08-00694 JCS**

To Whom It May Concern:

    Please be advised that Defendants' counsel, Mikael H. Stahle, hereby requests permission to appear telephonically for the upcoming Case Management Conference, currently scheduled for 1:30 p.m. on Friday, August 1, 2008, pursuant to Local Rule 16-10(a). Mr. Stahle will be available for the Case Management Conference on his direct dial line of (310) 484-1316.

    Respectfully Submitted,

    ARIAS OZZELLO & GIGNAC LLP

    /S/ Mikael H. Stahle

    MIKAEL H. STAHLE

MHS/rm

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the State of California, County of Los Angeles. I am over the age of 18 and not a party to the within suit; my business address is 6701 Center Drive West, Suite 1400, Los Angeles, California 90045.

On **July 25, 2008**, I served the foregoing document described as: **REQUEST FOR TELEPHONIC APPEARANCE** on the interested parties in this action below, using the following means:

All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced caption and number

[✓]  **By Electronic Mail or Electronic Transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, an electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 25, 2008** at Los Angeles, California.

| Regina Macleod | /s/ *Regina Macleod* |
|---|---|
| Print or Type Name | Signature |