John Brosnan
848 North Rainbow Boulevard #1643
Las Vegas, NV 89107
510.779.1006 : Tel
925.237.8300 : Fax

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>Plaintiff,<br><br>v.<br><br>TRADELINE SOLUTIONS INC, TRADELINESOLUTIONS.COM, TED STEARNS, APRIL RICHARDS aka TAMERA TURKISHER AND DOES 1 - 97,<br><br>Defendants. | CASE NUMBER : CV 08-0694 JCS<br><br>TELEPHONIC APPEARANCE REQUEST<br><br>Date:  August 1, 2008<br>Time:  1:30 PM<br>Ctrm:  A |

Plaintiff, John Brosnan, requests permission to appear telephonically for the August 1, 2008, Case Management Conference at 1:30 PM. John Brosnan will be available at 510.779.1006.

Dated: July 29, 2008                    By: /s/  John Brosnan
                                            John Brosnan

TELEPHONIC APPEARANCE REQUEST