John Brosnan
848 North Rainbow Boulevard #1643
Las Vegas, NV 89107
510.779.1006 : Tel
925.237.8300 : Fax

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN, | CASE NUMBER : CV 08-0694 JCS |
| Plaintiff, | TELEPHONIC APPEARANCE REQUEST |
| v. | |
| TRADELINE SOLUTIONS INC, TRADELINESOLUTIONS.COM, TED STEARNS, APRIL RICHARDS aka TAMERA TURKISHER AND DOES 1 - 97, | Date: August 1, 2008<br>Time: 1:30 PM<br>Ctrm: A |
| Defendants. | |

Plaintiff, John Brosnan, requests permission to appear telephonically for the August 1, 2008, Case Management Conference at 1:30 PM. John Brosnan will be available at 510.779.1006.

Dated: July29, 2008            By: /s/  John Brosnan

                                John Brosnan

Dated: July 30, 2008

*IT IS SO ORDERED*
*Judge Joseph C. Spero*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*

TELEPHONIC APPEARANCE REQUEST