# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.  C 08-00694 JCS**

**CASE NAME:  JOHN BROSNAN v. TRADELINE SOLUTIONS INC**

**MAGISTRATE JUDGE JOSEPH C. SPERO**          **COURTROOM DEPUTY**: Karen Hom

**DATE**: Aug. 1, 2008          **TIME: 10 mins**          **COURT REPORTER**: <u>FTR 2:00 - 2:10</u>

<u>**COUNSEL FOR PLAINTIFF:**</u>          <u>**COUNSEL FOR DEFENDANT:**</u>
John Brosnan, pro se (T)*          Mikael H. Stahle (T)*

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Case Management Conference | Held. |
| 2. Dft's Amended Motion to Strike [Docket 23] | Denied w/o prej. |
| 3. Dft's Amended Motion to Dismiss [Docket 24] | Denied w/o prej. |

<u>**ORDERED AFTER HEARING:**</u>

Plaintiff shall file his amended complaint by 8/15/8.  Dft may re-file their Motion to Dismiss by 9/12/8; opposition filed by 9/26/8; reply brief filed by 10/3/8.

Parties may appear by phone at the next hearing. Parties shall electronically file a letter (1) week prior to the hearing date with contact phone numbers (no cell phones or speaker phones). The Court will initiate the phone contact.

**ORDER TO BE PREPARED BY:**          () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**   10/31/08 at 9:30 a.m., for Motion to Dismiss and further case mgmt conference.

| Number of Depos: | Number of Experts: | Discovery Cutoff: |
|---|---|---|
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| Motions Hearing: at 9:30 a.m. | | Pretrial Conference: at 1:30 p.m. |
| Trial Date: at 8:30 a.m. ()Jury ()Court | Set for | days |

**cc:**     Chambers; Karen
* (T) = Telephonic Appearance