**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,                                    Case No. C-08-00694 JCS

          Plaintiff(s),

                                      **CASE MANAGEMENT AND**
    v.                                                           **PRETRIAL ORDER**

TRADELINE SOLUTIONS, INC.,

          Defendant(s).
_____/

Following a case management conference held on **August 1, 2008,**

IT IS HEREBY ORDERED THAT:

    1.  Plaintiff shall file his amended complaint by **August 15, 2008.**

    2.  Defendant's Amended Motion to Strike [docket no. 23], and Amended Motion to Dismiss [docket no. 24] are DENIED without prejudice to re-filing.  Defendant's may re-file their Motion to Dismiss by **September 12, 2008.**  Plaintiff's opposition to the Motion to Dismiss shall be filed by **September 26, 2008,** and the reply brief shall be filed by **October 3, 2008.**

    3.  Hearing on Defendant's Motion to Dismiss , and a further case management conference, are set for **October 31, 2008, at 9:30 a.m.**

    4.  The parties may appear by phone at the next hearing.  The parties shall electronically file a letter one (1) week prior to the hearing date with contact phone numbers (no cell phones or speaker phones are allowed).  The Court will initiate the phone contact.

    IT IS SO ORDERED.

Dated:  August 4, 2008

                                 _____
                               JOSEPH C. SPERO
                               United States Magistrate Judge