John Brosnan
848 Rainbow Boulevard #1643
Las Vegas, NV 89107
510.779.1006:Tel • 925.237.8300:Fax

August 8, 2008

RE: Case # CV 08-0694 JCS

The Honorable Joseph C. Spero,

I've been ordered by the court to submit an amended complaint By August 15, 2008.  As I was preparing to file the amended complaint I discovered some irregularities, which caused me to do some more research, which turned up even more problems.

I believe multiple frauds on the part of Ted Stearns and the listed attorney's for the defendants (Mark J. Bloom, Mike Arias and Mikael H. Stahle) have been perpetrated upon the court and myself.  As can be seen by Attachment A which is a printout from the court's website it appears that Tradeline Solutions Inc., Tradelinesolutions.com, Ted Stearns and April Richards have appeared and are represented by counsel.  As can be seen by Attachment B, which is a motion filed by attorneys for defendants on May 23, 2008, it appears that Quantum Holdings dba Tradeline Solutions, Inc., TradelineSolutions.Com, Ted Stearns and April Richards aka Tamera Turkisher have filed a Motion to Strike.  As can be seen by Attachment C, which is the Case Management Statement filed by Attorney Mikael H Stahle, it appears that Quantum Holdings dba Tradeline Solutions, Inc., TradelineSolutions.Com, Ted Stearns and April Richards aka Tamera Turkisher have filed a Case Management Statement.  At the August 1, 2008, Case Management Hearing the counsel for defendants represented that he was appearing on behalf of the defendants.

Here are some of the problems.  I searched the California Secretary of State website for Tradeline Solutions and could not find a corporation with that name, please see Attachment D.  I then widened my search for any corporation with the word Tradeline in the title and received four hits but none of them were for Tradeline Solutions, please see Attachment E.  I then searched the internet for Tradeline Solutions and came across the article which is attached as Attachment F.  In that article I discovered that Katie Herrera of Tradeline Solutions was using an alias of Sharon.   On Wednesday August 6, 2008, I was told by Mark Bloom (Mark Bloom is one of the attorneys representing the defendants) that the only defendant being represented by his law firm is Ted Stearns, yet on all the paperwork filed with the court and according to the August 1, 2008 Case Management Hearing his firm has purported that it is representing all current defendants.

If the court will remember I informed the court at the August 1, 2008, Case Management Hearing that attorney's for the defendants were refusing to co-operate with me regarding the discovery process, the attorney who appeared denied this.  I've asked for deposition dates for April Richards aka Tamera Turkisher and counsel has refused to provide dates.  I've also asked for deposition dates for Ted Stearns and I've been refused.  I now believe that the reason that counsel for defendants has been refusing to comply with the discovery process is multifold.  First, counsel for defendants know that they have been perpetrating a fraud upon this court and that they can't produce April Richards aka Tamera Turkisher.  Second, since Tradeline Solutions is not a valid corporation they can't produce the corporate documents that would be normally provided.  Counsel does not want to produce Mr. Stearns because he will have to answer questions under

oath and that if he answers truthfully he will have some serious criminal problems to deal with. These are just a few of the problems that have arisen.

As the court is aware counsel for defendants have not answered the complaint I filed but have filed a Motion to Dismiss. It's my understanding according to California State Law that in order for a corporation to file a motion or appear in court it must be a valid corporation. I'm unable to locate a valid corporation in the name of Tradeline Solutions on file with the California Secretary of State, yet Tradeline Solutions Inc., through it's counsel has filed documents with this court and appeared. I'm puzzled as to how that was accomplished given that Tradeline Solutions Inc., does not appear to exist according to the California Secretary of State..

I'm asking that the court get to the bottom of this issue and make a determination so that I can move forward. I've been ordered to file an amended complaint yet in light of this new information I feel the court should make some kind of finding so that I can properly move forward. I would also ask that the court suspend the current order (The current order requires me to file an amended complaint.) until such time as the issues raised in this letter are resolved.

John Brosnan

# ATTACHMENT A

**3:08-cv-00694-JCS** Brosnan v. Tradeline Solutions Inc.. et al
Joseph C. Spero, presiding
**Date filed:** 01/30/2008
**Date of last filing:** 08/05/2008

# Case Summary

| | |
|---|---|
| **Office:** San Francisco | **Filed:** 01/30/2008 |
| **Jury Demand:** Plaintiff | **Demand:** $100000000 |
| **Nature of Suit:** 360 | **Cause:** 28:1331 Fed. Question: Personal Injury |
| **Jurisdiction:** Diversity | **Disposition:** |
| **County:** Contra Costa | **Terminated:** |
| **Origin:** 1 | **Reopened:** |
| **Lead Case:** | None |
| **Related Case:** | None | **Other Court Case:** None |
| **Def Custody Status:** | |
| **Flags:** ADRMOP, E-Filing | |

**Plaintiff:** John Brosnan     **represented by** John Brosnan     **Phone:** 510-779-1006
**Email:** john@cityofsanfrancisco.com

**Defendant:** Tradeline Solutions Inc.. **represented by** Mickel Montalban Arias **Phone:** 310-670-1600 x118
**Fax:** 310-670-1231
**Email:** marias@aogllp.com

**Defendant:** Tradeline Solutions Inc.. **represented by** Mark A Ozzello **Phone:** 310-670-1600 x 118
**Fax:** 310-670-1231
**Email:** mozzello@aogllp.com

**Defendant:** Tradeline Solutions Inc.. **represented by** Mikael Hans Stahle **Phone:** 310-670-1600 x108
**Fax:** 310-670-1231
**Email:** mstahle@aogllp.com

**Defendant:** Tradelinesolutions.com **represented by** Mickel Montalban Arias **Phone:** 310-670-1600 x118
**Fax:** 310-670-1231
**Email:** marias@aogllp.com

**Defendant:** Tradelinesolutions.com **represented by** Mikael Hans Stahle **Phone:** 310-670-1600 x108
**Fax:** 310-670-1231
**Email:** mstahle@aogllp.com

**Defendant:** Ted Stearns **represented by** Mickel Montalban Arias **Phone:** 310-670-1600 x118
**Fax:** 310-670-1231
**Email:** marias@aogllp.com

**Defendant:** Ted Stearns **represented by** Mark A Ozzello **Phone:** 310-670-1600 x 118
**Fax:** 310-670-1231
**Email:** mozzello@aogllp.com

**Defendant:** Ted Stearns **represented by** Mikael Hans Stahle **Phone:** 310-670-1600 x108
**Fax:** 310-670-1231
**Email:** mstahle@aogllp.com

**Defendant:** April Richards **represented by** Mickel Montalban Arias **Phone:** 310-670-1600 x118
**Fax:** 310-670-1231
**Email:** marias@aogllp.com

**Defendant:** April Richards **represented by** Mark A Ozzello **Phone:** 310-670-1600 x 118
**Fax:** 310-670-1231
**Email:** mozzello@aogllp.com

**Defendant:** April Richards **represented by** Mikael Hans Stahle **Phone:** 310-670-1600 x108
**Fax:** 310-670-1231
**Email:** mstahle@aogllp.com

ATTACHMENT B

1    Mike Arias, Esq. (CSB #115385)
    Mikael H. Stahle, Esq. (CSB 182599)
2    Mark J. Bloom, Esq. (CSB #223783)
    **ARIAS OZZELLO & GIGNAC LLP**
3    6701 Center Drive West, Suite 1400
    Los Angeles, California 90045-1558
4    Tel: (310) 670-1600
    Fax: (310) 670-1231
5    marias@aogllp.com
    mstahle@aogllp.com
6    mbloom@aogllp.com

7    Attorneys for Defendants,
    Quantum Holdings dba Tradeline Solutions, Inc.,
8    TradelineSolutions.com, Ted Stearns,
    April Richards aka Tamera Turkisher

9

10

11             **UNITED STATES DISTRICT COURT**

12         **NORTHERN DISTRICT OF CALIFORNIA**

13

| | |
|---|---|
| 14   JOHN BROSNAN, | Case No. C08-00694 MMC |
| 15       Plaintiff, | Hon. Maxine M. Chesney |
| 16    vs. | |
| 17   TRADELINE SOLUTIONS INC., et al., | **AMENDED NOTICE OF MOTION TO STRIKE** |
| 18       Defendants. | |
| 19 | Date: June 27, 2008<br>Time: 9:00 a.m.<br>Ctrm: 7 |
| 20 | |
| 21 | Complaint Filed: January 30, 2008<br>Trial Date: None |
| 22 | |

23       TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF

24   RECORD:

25       PLEASE TAKE NOTICE that on June 27, 2008 at 9:00 a.m. or as soon

26   thereafter as counsel may be heard, before the Honorable Maxine M. Chesney,

27   United States District Court Judge, in Courtroom 7 of the United States

28   District Court for the Northern District of California, located at 450 Golden

Gate Avenue, San Francisco, California 94102, Defenda nts Quantum Holdings dba Tradeline Solutions, Inc.; TradelineSolutions.com; Ted Stearns; and, April Richards aka Tamera Turkisher (collectively "Tradeline Defendants") will move the Court for an order pursuant to Federal Rule of Civil Procedure 12(f) striking portions of Plaintiff's Complaint pertaining to Plaintiff's claim for an award of attorney's fees and punitives in the amount of $100,000,000.00, without leave to amend.

This Motion is based on this Amended Notice of Motion, the Notice of Motion and Motion to Strike filed on February 19, 2008, all pleadings, papers and records on file herein, any matter of which the Court may take judicial notice, and such oral argument as may be presented at the hearing on this Motion.

Dated: May 23, 2008                    ARIAS OZZELLO & GIGNAC LLP

By: _____
    MIKE ARIAS
    MIKAEL H. STAHLE
    MARK J. BLOOM
    Attorneys for Class Plaintiffs

ARIAS OZZELLO & GIGNAC LLP

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the State of California, County of Los Angeles. I am over the age of 18 and not a party to the within suit; my business address is 6701 Center Drive West, Suite 1400, Los Angeles, California 90045.

On **May 23, 2008**, I served a true and correct copy of the foregoing document described as: **AMENDED NOTICE OF MOTION TO STRIKE** on the interested parties in this action as follows:

John Brosnan
3321 Vincent Road
Pleasant Hill, CA 94523
Tel: (510) 779-1006
Fax: (925) 237-8300

[✓] **BY MAIL:** I deposited the envelopes for mailing in the ordinary course of business at Los Angeles, California. I am "readily familiar" with this firm's practice of collection and processing correspondence for or mailing. Under that practice, the sealed envelopes are deposited with the U.S. Postal Service that same day in the ordinary course of business with postage thereon fully prepaid at Los Angeles, California .

[✓] **BY FAX:** I hereby certify that this document was served by facsimile delivery on the parties listed herein at their most recent fax number of record in this action on May 23, 2008, from Los Angeles, California.

[ ] **BY E-MAIL:** I hereby certify that this document was served by e-mail delivery on the parties listed herein, via electronic transmission of the "Notice of Electronic Filing" (NEF), at the time of electronically filing the document(s).

[ ] **BY PERSONAL SERVICE:** I delivered such envelope by hand to the offices of the addressee named herein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on **May 23, 2008** at Los Angeles, California.

__Regina Macleod__ 
Type or Print Name          Signature

ARIAS OZZELLO & GIGNAC LLP

ATTACHMENT C

1  Mike Arias, Esq. (CSB #115385)
   Mikael H. Stahle, Esq. (CSB 182599)
2  Mark J. Bloom, Esq. (CSB #223783)
   **ARIAS OZZELLO & GIGNAC LLP**
3  6701 Center Drive West, Suite 1400
   Los Angeles, California 90045-1558
4  Tel: (310) 670-1600
   Fax: (310) 670-1231
5  marias@aogllp.com
   mstahle@aogllp.com
6  mbloom@aogllp.com

7  Attorneys for Defendants,
   Quantum Holdings dba Tradeline Solutions, Inc.,
8  TradelineSolutions.com, Ted Stearns,
   April Richards aka Tamera Turkisher
9

10                **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12

13 | JOHN BROSNAN, | Case No. C08-00694 JCS |
14 |               |                        |
   |     Plaintiff, | Hon. Joseph C. Spero |
15 |               | Courtroom A |
   |   vs. | |
16 |               | **CASE MANAGEMENT STATEMENT** |
   | TRADELINE SOLUTIONS INC., et al., | |
17 |               | |
   |     Defendants. | Date:    August 1, 2008 |
18 |               | Time:    1:30 p.m. |
   |               | Ctrm.:   A |
19 |               | |
   |               | Complaint Filed:  January 30, 2008 |
20 |               | Trial Date:       None |
21

22

23      COME NOW Defendants Quantum Holdings dba Tradeline Solutions, Inc.;

24 TradelineSolutions.com; Ted Stearns; and, April Richards aka Tamera Turkisher

25 (collectively "Tradeline Defendants") and submit this Case Management Statement.

26 ///

27 ///

28 ///

1. <u>Jurisdiction and Service</u>

The Tradeline Defendants do not believe this Court has subject matter jurisdiction of this action, as Plaintiff has failed to allege both (1) diversity of citizenship, and (2) the proper amount in controversy and, therefore, has failed to sufficiently plead how this Court has original jurisdiction to hear this case under 28 U.S.C. § 1331 or §1332, and has not abided by Civil Local Rule 3-15 (a) regarding jurisdictional requirements.

2. <u>Facts</u>

Plaintiff alleges that Defendants sold so-called "tradelines," which are aged lines of credits whereby the purchaser may establish a credit history in a short period of time.  Plaintiff appears to also allege that Defendants have engaged in fraud by misrepresenting the nature of "tradelines" and by permitting others to use the tradelines to defraud others.

3. <u>Legal Issues</u>

The legal issues most immediately before the Court concern whether Plaintiff has sufficiently and appropriately plead the claims for relief.  Plaintiff's claims for relief are (1) Fraud, (2) Conspiracy to Commit Fraud, (3) Unfair Competition, and (4) False and Deceptive Advertising.

4. <u>Motions</u>

The Tradeline Defendants have filed a Motion to Dismiss for lack of subject matter jurisdiction and for failure to state a cause of action.  They have also filed a Motion to Strike Plaintiff's prayer for punitive damages in the amount of $100,000,000.

5. <u>Amendment of Pleadings</u>

The Tradeline Defendants are currently unaware of any intention on Plaintiff's part to amend the complaint.

///

///

*ARIAS OZZELLO & GIGNAC LLP*

CASE MANAGEMENT STATEMENT

**ARIAS OZZELLO & GIGNAC LLP**

6.     <u>Evidence Preservation</u>

The Tradeline Defendants have, in principal, no objection to an order requiring the preservation of evidence, but have not received any proposal from Plaintiff in this regard.

7.     <u>Disclosures</u>

The Tradeline Defendants propose that the parties make their Fed. R. Civ. P. 26 disclosures no later than 14 days after the August 1, 2008 Case Management Conference.

8.     <u>Discovery</u>

The Tradeline Defendants have not yet engaged in formal discovery and are unaware of any discovery served by any other party.

9.     <u>Class Actions</u>

N/A.

10.     <u>Related Cases</u>

The Tradeline Defendants are unaware of any related cases.

11.     <u>Relief</u>

The Tradeline Defendants have not been able to determine from the complaint the exact nature of Plaintiff's claims and therefore cannot say what the basis for damages would be.

12.     <u>Settlement and ADR</u>

The Tradeline Defendants are amenable to engaging in mediation.  At this early stage, however, the Tradeline Defendants are not in a position to evaluate the prospects for resolution.

13.     <u>Consent to Magistrate Judge for All Purposes</u>

The Tradeline Defendants have no objection to the assignment of this matter to a Magistrate Judge for all purposes.

///

///

**ARIAS OZZELLO & GIGNAC LLP**

14.    Other References

The Tradeline Defendants do not at this stage believe the case is suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation.

15.    Narrowing the Issues

The Tradeline Defendants believe that the motions responsive to the complaint will help narrow the issues.

16.    Expedited Schedule

The Tradeline Defendants have no objection in principle to the handling of this case on an expedited schedule but believe that it is premature to make that determination before the ruling on the motions currently on calendar.

17.    Scheduling

| | |
|---|---|
| Discovery Cutoff | November 21, 2008 |
| Designation of Experts | December 12, 2008 |
| Designation of Rebuttal Experts | January 9, 2009 |
| Dispositive Motion Hearing Cutoff | February 27, 2009 |
| Pretrial Conference | March 27, 2009 |
| Trial | April 24, 2009 |

18.    Trial

The Tradeline Defendants are requesting a jury trial.  Trial estimate: 5-10 days.

19.    Disclosure of Non-Party Interested Entities or Persons

The Tradeline Defendants are unaware of any non-party interested entities or persons.

///

///

///

///

CASE MANAGEMENT STATEMENT

20.    <u>Other Matters Facilitating Just, Speedy, and Inexpensive Disposition</u>

The Tradeline Defendants are unaware of any such matters at the current time.

Dated: July 25, 2008                    ARIAS OZZELLO & GIGNAC LLP


By: <u>/s/ Mikael H. Stahle</u>
    MIKE ARIAS
    MIKAEL H. STAHLE
    MARK J. BLOOM
    Attorneys for Class Plaintiffs

ARIAS OZZELLO & GIGNAC LLP

# PROOF OF SERVICE

## STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the State of California, County of Los Angeles. I am over the age of 18 and not a party to the within suit; my business address is 6701 Center Drive West, Suite 1400, Los Angeles, California 90045.

On **July 25, 2008**, I served the foregoing document described as: **CASE MANAGEMENT STATEMENT** on the interested parties in this action below, using the following means:

All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced caption and number

[✓]    **By Electronic Mail or Electronic Transmission.** Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above. I did not receive, within a reasonable time after the transmission, an electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **July 25, 2008** at Los Angeles, California.

    Regina Macleod                    /s/ *Regina Macleod*
Print or Type Name                           Signature

ARIAS OZZELLO & GIGNAC LLP

**PROOF OF SERVICE**

ATTACHMENT D



## California Business Portal

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

### Business Search Corporations

- **New Search**
- **Search Tips**
- **Field Definitions**
- **Status Definitions**
- **Name Availability**
- **Corporate Records**
- **Business Entities**
- **Records Order Form**
  - Certificates
  - Copies
  - Status Reports
- **FAQs**
- **Corporations Main Page**
- **Site Search**

## Corporations

The information displayed here is current as of "AUG 01, 2008" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

**No results matched the search term : "Tradeline Solutions"**

**Need help with your search?**

Copyright ©2001 California Secretary of State. **Privacy Statement**

# ATTACHMENT E

# California Business Portal

Secretary of State DEBRA BOWEN

| SECRETARY OF STATE | ELECTIONS & VOTER INFO | POLITICAL REFORM | CA BUSINESS PORTAL | ARCHIVES & MUSEUM | OTHER SERVICES |

**Business Search Corporations**

New Search
Search Tips
Field Definitions
Status Definitions
Name Availability
Corporate Records
Business Entities
Records Order Form
  Certificates
  Copies
  Status Reports
FAQs
Corporations Main Page
Site Search

## Corporations

The information displayed here is current as of "AUG 01, 2008" and is updated weekly. It is not a complete or certified record of the Corporation.

For information about certification of corporate records or for additional corporate information, please refer to **Corporate Records**. If you are unable to locate a record, you may request a more extensive search by ordering a status report. Fees and instructions for ordering a status report are included on the **Business Entities Records Order Form**. Certificates and/or certified copies can also be requested using the order form.

Results of search for **" Tradeline "**

***Click on the name of the corporation for additional information.***

| Corp Number | Date Filed | Status | Corporation Name | Agent for Service of Process |
|---|---|---|---|---|
| C1612474 | 4/27/1988 | suspended | CHINA TRADELINE, INC. | CHRISTOPHER KIM |
| C1291952 | 11/27/1985 | forfeited | TRADELINE CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS: NEVADA-TRADELINE CORPORATION | ROBERT G. CAROLL |
| C2944820 | 12/14/2006 | suspended | TRADELINE HOME LOANS, INC. | MICHAEL C CARROLL |
| C0756635 | 10/20/1975 | active | TRADELINE, INCORPORATED | CEO |
| C1706911 | 5/19/1992 | active | UNITED TRADELINE, INC. | TIEN JUI CHAN |

Copyright ©2001 California Secretary of State. **Privacy Statement**

ATTACHMENT F



...by consumers, for consumers

**Ripoff Report**®
Don't let them get away with it... let the truth be known!

Register to File a Report  |  Login  |  Help

---

**Report: #308607**

# Report: Tradeline Solutions, CEO.Ted J. Stearns Of San Diego, CA

Category: <u>Credit & Debt Services</u>

<span style="color:red">Tradeline Solutions, CEO. Ted J. Stearns Of San Diego, CA Ted Stearns, CEO of Tradeline Solutions is a 'Professional Con Artist' and a Thief/ Liar San Diego California</span>

<span style="color:red">*REBUTTAL Employee ..TradeLine Solutions Response</span>

Tradeline Solutions, CEO.Ted J. Stearns Of San Diego, CA
402 West Broadway Suite 400            Phone:  888-828.0936
San Diego, California, 92101            Fax:   619-595.4892
U.S.A.

R. walker                      Submitted: 2/13/2008 12:16:00 PM
West Palm Beach, Florida         Modified: 2/26/2008 1:33:07 PM

I would like to first began my report by offering thanks to Karlton of http://tradelinesoulitionsripoff.com for putting forth his hard earned money everyday to help protect everday people such as myself and my family. I would also like to offer thanks to the individual from Charlottle, North Carolina for introducing me to this wonderful site, which gives people, such as myself, a voice in fighting against criminals such as (Ted Stearns, CEO of Tradeline Solutions)

| Do you know Your Credit Score? | | |
|---|---|---|
| Excellent | 😊 | 750 - 840 |
| Good | 😊 | 660 - 749 |
| Fair | 😊 | 620 - 659 |
| Poor | 😊 | 360 - 619 |
| I Don't Know | 😊 | ????? |
| | Find out INSTANTLY! | |

I came across Tradeline Solutions' website in early November of 2007 and after <u>reading</u> an article by Mr. Stearns in regards to boosting credit I decided to call in to learn more about the products. After doing research through multiple other companies online similar to Tradeline Solutions I felt that they looked the most 'credible' (I was obviously wrong, looks can be deceiving).

My situation was one that <u>my credit score</u> was not neccessarily that bad (I had a 675 <u>FICO</u>) and through research I found that by increasing my score to 700-720+ I could save a tremendous amount of money on my credit cards, car loans, and mortgage payments. Based upon my conversation with Mr. Stearns, he convinced me to purchase '4 authorized user accounts' for $2,198.00 and told me that my score would increase to 'right around 800' or about '35 points per account' in less than 30 days.

So here's what really happened. Approximately 35 days later I checked my <u>credit report</u> only to find that no new tradelines had been added. Based upon this knowledge I contacted Tradeline Solutions to inquire as to why my Tradelines had not shown up. I was informed by Mr. Stearns that in some cases it can take up to 60 days for these lines to appear (obviously different from the 30 days I was told upon time of purchase.) So I patiently waited for the 60 day mark. I again pulled my credit at 64 days and again found no tradelines. At this point I felt as though I had been scammed.

I contacted tradeline solutions, once again. Only this time I could no longer reach Mr. Stearns, I was now told to deal with his 'manager', Katie Herrera, who was also

**Rebuttal Box Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or individual, or can you provide "insider information" on this company?

File a Rebuttal

**Victim of this person/company?**

Are you also a victim of the same company or individual? Want Justice? File a Rip-off Report, help other consumers be educated and don´t let them get away with it!

File a Report

 

mentioned in the other ripoff report above as the VP. Ms. Herrera informed me that she would look into the issue and get back to me. A week had passed and no return phone call so I continued to call only to be put on hold and eventually hung up on or sent to Mr. Stearns voicemail. Approximately 3 weeks passed and I was finally able to get in touch with Mr. Stearns. I expressed my concern and anger with Mr. Stearns and requested a refund at which point I was told 'read your contract, it says we have 120 days' (for these accounts to show up on my credit!)

After speaking with Mr. Stearns approximately 2 weeks later 2 tradelines appeared on my credit report, however, they were closed accounts, which in turn caused my score to drop from a 675 to a 647. I again attempted to contact Mr. Stearns to no avail.

Which leads me to my current point. I am no longer looking to receive compensation for my loses however my goal of increasing my credit has now changed to helping protect others from being scammed by Mr. Stearns and Tradeline Solutions. I have contacted the Better Business Bureau via phone and website, the california states attorney, and the Federal Bureau of Investigation fraud detection division in Washington DC. I have also contacted the two senators, Mr. Mel Martinez and Mr. Bill Nelson from my home state of Florida to notify them about Mr. Stearns and his fraudulent business practices. Through my investigation and research I have also found that the federal trade commission is currently investigating Tradeline Solutions, Mr. Stearns, and all businesses pertaining to Mr. Stearns involvement in fraudulent activities.

I would like to inform all individuals that may be working with or purchasing from Mr. Stearns and Tradeline Solutions that if you knowingly purchase products from this company and apply for a credit card, car loan, mortgage, or anything credit related you are committing 'FRAUD.' And if you think this will have no affect on you and these agencies could care less about you, you're wrong. In speaking with some of these agencies I have found that Mr. Stearns and Tradeline Solutions actively sell all thier customers information to the public for profit. Due to this the Federal Trade Commission is actively gathering information on all clients and companies participating with tradeline solutions.

Please heed this warning and beware. I am currently doing all I can to cooperate with the authorities mentioned above to remove myself from any possible legal action. I suggest you do the same.

Rodney
West Palm Beach, Florida
U.S.A.



Looking for premium tickets? Concert Tickets | Sports Tickets | Theatre Tickets   Just visit www.TicketFeeder.com

## How to get





### Search for additional reports

If you would like to see more Rip-off Reports on this company/individual, please use the search box below:

Tradeline Solutions, CEO.Ted J. Stearns Of San Diego, C    [Search]

In order to assure the best results in your search:

- Keep the name short & simple, and try different variations of the name.
- Do not include ".com", "S", "Inc.", "Corp", or "LLC" at the end of the Company name.
- Use only the first/main part of a name to get best results.
- Only search one name at a time if Company has many AKA's.

| Rebuttal Box<br>Respond to this report! | Victim of this<br>person/company? | Repair Your Reputation |
|---|---|---|
| mployee or | of the same | nst you? |



ex-employee with either negative
or positive information about the
company or individual, or can you
provide "insider information" on
this company?

company or individual? Want
Justice? File a Rip-off Report, help
other consumers to be educated
and don´t let them get away with
it!

Resolve the issues and rebuild
trust through our Corporate
Advocacy Program.



# Updates & Rebuttals:

FTC?
Mataias [2/14/2008 9:18:29 AM]

About the Federal Trade Commissions investigation
R. Walker [2/18/2008 10:52:05 AM]

Update on what Ted Stearns, Katie Herrera, and Tradeline Solutions are up to now!
R. Walker [2/20/2008 11:33:51 AM]

TradeLine Solutions Response
Tradeline Solutions [2/26/2008 12:27:07 PM]

UPDATES & REBUTTALS



**ASSOCIATE'S DEGREES**
Associate of Arts in Business
Associate of Arts in Health Care Administration
Associate of Arts in Information Technology
**BACHELOR'S DEGREES**
Bachelor of Science in Business/Management
Bachelor of Science in Criminal Justice Administration
Bachelor of Science in Management

**MASTER'S DEGREES**
Master of Business Administration
Master of Arts in Education
Master of Information Systems



University of Phoenix™ Thinking ahead.
— ONLINE PROGRAMS —



Mataias
Sacramento, California
U.S.A.

Submitted: 2/14/2008 9:18:29 AM
Modified: 2/14/2008 1:44:17 PM

**Consumer Comment**

## FTC?

How do you know the FTC is investigating them?

Thanks,



R. Walker
West Palm Beach, Florida
U.S.A.

Submitted: 2/18/2008 10:52:05 AM
Modified: 2/18/2008 11:10:42 AM

**Update by Author**

## About the Federal Trade Commissions investigation

It was not very difficult I placed a call to the main number for the FTC at,
1-877-382-4357.
202-326-2222
www.ftc.gov

I then informed the FTC of my complaint against Tradeline Solutions/Ted J Stearns. After giving them my
information personel and otherwise, they took a recorded statement from me over the phone. Once I had
completed my statement I was given a claim number, and informed by the officer in charge that there is currently
an investigation underway and that they would be in touch if any more information was required from myself. I
was also asked if I would be willing to testify before a court if charges were filed, my answer 'Absolutely YES.' I
hope this helps to answer you question in reguards how I found out about the investigation, feel free to contact
the FTC at the numbers listed above and speak with them yourself.



R. Walker
West Palm Beach, Florida
U.S.A.

Submitted: 2/20/2008 11:33:51 AM
Modified: 2/20/2008 2:02:32 PM

**Update by Author**

## Update on what Ted Stearns, Katie Herrera, and Tradeline Solutions are up to now!

The latest information:

Tradeline Solutions sent me an e-mail on 2-19-2008 and this is what it said:

Once again Tradeline Solutions would like to thank you for your past business. As you know, the company is 'No
Longer In Business' But if you happen to have any questions (or complaints) about your previous account you

can contact our customer service manager 'Sharon' formerly known as 'Katie Herrera' at 619.595.4851 or email
her at support@tradelinesolutions.net
Seriously?
...'Sharon' was that the best cover 'Katie Herrera' could find to hide her identiy?
I wonder what Ted Stearns is going by now a days 'The Joker'or maybe
'Scooby Doo'? Stay tuned to find out as the 'Lies and Scams' continue at Tradeline Solutions.

---

 Tradeline Solutions
San Diego, California
U.S.A.

Submitted: 2/26/2008 12:27:07 PM
Modified: 2/26/2008 1:33:07 PM    

## TradeLine Solutions Response

We are writing this in response to the ugly accusations, untruthful remarks, and false information that have been voiced in regards to TradeLine Solutions and its owner, Ted Stearns.

We have learned that both posting were submitted by Brian Woody, an ex-employee of TLS, and is posting under the alias of Bob Cole, R. Walker and Anonymous.

Brian Woody was contracted as a 1099 employee in mid-December of 2007 and was hired to launch the business division of the company and as a result he absorbed the business model, learning the ins and outs of the company's vendors, investors and marketing.

Woody, along with two other former contracted employees, Andrew Christison and Randy McMurray have attempted to set out and start their own company using TLS business model, and by stealing intellectual property and the company's leads.

After Woody's termination, he along with Christison and McMurray proceeded to contact leads that were property of TLS, despite the fact that all three had signed a non-compete clause. Creating a company called Universal Trust Financial, they set up their office at 501 W Broadway, San Diego 92101, right across from TLS. We have learned from a TLS vendor that Woody has contacted them using the alias Christopher.

All three men are facing criminal charges while Randy is presently in jail due to unrelated crimes. A police report has been filed with the county prosecutor's office against Brian Woody, Randy McMurray and Andrew Christison for Grand Larceny including unauthorized removal of intellectual property, embezzlement for fraudulent conversion of clients and conspiracy with the intent of a crime. The three men also face a civil suit.

Both these postings are uncalled for and unwarranted. Posting of personal information as well as information on non-related companies shows a desperate attempt to disparage TLS in order to attract clients.

TLS will not comment further on these posting and encourage our clients to call us at (619) 595-4851 to discuss any concerns they may have.



**Rebuttal Box
Respond to this report!**

Are you an owner, employee or ex-employee with either negative or positive information about the company or individual, or can you provide "insider information" on this company?

[ File a Rebuttal ]

**Victim of this person/company?**

Are you also a victim of the same company or individual? Want Justice? File a Rip-off Report, help other consumers to be educated and don´t let them get away with it!

[ File a Report ]

**Repair Your Reputation**

Got Reports filed against you? Resolve the issues and rebuild trust through our Corporate Advocacy Program.

[ Get Started ]






ASSOCIATE'S DEGREES
Associate of Arts in Business
Associate of Arts in Health Care Administration
Associate of Arts in Information Technology
BACHELOR'S DEGREES
Bachelor of Science in Business/Management
Bachelor of Science in Criminal Justice Administration
Bachelor of Science in Management

MASTER'S DEGREES
Master of Business Administration
Master of Arts in Education
Master of Information Systems

 LEARN MORE ►