# ARIAS OZZELLO & GIGNAC LLP
## ATTORNEYS & COUNSELORS AT LAW

MIKE ARIAS ★
MARK A. OZZELLO
J. PAUL GIGNAC
ARNOLD C. WANG
MIKAEL H. STAHLE
MARK J. BLOOM
KILEY L. GROMBACHER
DENIS M. DELJA¤

OF COUNSEL:
KATHERINE A. DONOVEN ∇
ROBERT A. DYE
DAVID JAROSLAWICZ ♦
RODERICK ALVENDIA °
STEPHEN J. BAITY ✚

★ MEMBER CA, NY, NJ & DC BARS
¤ MEMBER CA, DC & VA BARS
∇ MEMBER CA & AR BARS
♦ MEMBER CA, NY & FL BARS
° MEMBER LA BAR
✚ MEMBER CO BAR

DIRECTOR OF FIRM OPERATIONS:
LAURA STUART

DIRECTOR OF LEGAL ADMINISTRATION:
LUPE SANCHEZ

HOWARD HUGHES CENTER
6701 CENTER DRIVE WEST
FOURTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90045-1558

TELEPHONE (310) 670-1600
FAX (310) 670-1231
E-MAIL aoglaw@aogllp.com

March 5, 2009

SANTA BARBARA OFFICE

4050 CALLE REAL, SUITE 130
SANTA BARBARA, CALIFORNIA 93110
TELEPHONE (805) 683-7400
FAX (805) 683-7401

NEW YORK
ASSOCIATE OFFICE

150 WILLIAM STREET, 19TH FLOOR
NEW YORK, NEW YORK 10038
TELEPHONE (212) 227-2780
FAX (212) 732-6746

LOUISIANA
ASSOCIATE OFFICE

1515 POYDRAS STREET, SUITE 1400
NEW ORLEANS, LOUISIANA 70112
TELEPHONE (504) 482-5811
FAX (504) 523-0699

SENDER'S E-MAIL:
mstahle@aogllp.com
SENDER'S DIRECT EXTENSION: 108

**Via CM/ECF Upload**

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, California 94102-3483

    Re:    **Brosnan v. Tradeline Solutions Inc., et al.**
             **USDC-CAND Case No. C08-00694 JCS**

To Whom It May Concern:

    Please be advised that Defendants' counsel, Mikael H. Stahle, hereby requests permission to appear telephonically for the upcoming Further Case Management Conference, currently scheduled for 1:30 p.m. on Friday, March 13, 2009, pursuant to Local Rule 16-10(a). Mr. Stahle will be available for the Case Management Conference on his direct dial line of (310) 484-1316.

DAted: March 6, 2009



Respectfully Submitted,

ARIAS OZZELLO & GIGNAC LLP

/S/ Mikael H. Stahle

MIKAEL H. STAHLE

MHS/jc