John Brosnan
848 Rainbow Boulevard #1643
Las Vegas, NV 89107
510.779.1006:Tel • 925.237.8300:Fax

Via CM/ECF Upload

Clerk of the Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Courthouse
450 Golden Gate Avenue
San Francisco, California 94102-3483

Re: Brosnan v. Tradeline Solutions Inc., et al.
USDC-CAND Case No. C08-00694 JCS

To Whom It May Concern:

Please be advised that Plaintiff, John Brosnan, hereby requests permission to appear telephonically for the upcoming Further Case Management Conference, currently scheduled for 1:30 p.m. on Friday, March 13, 2009, pursuant to Local Rule 16-10(a). John Brosnan will be available for the Case Management Conference on his direct dial line of 702.516.1622.

Respectfully Submitted,
        /s/      John Brosnan

Dated: March 6, 2009



IT IS SO ORDERED
Judge Joseph C. Spero