LAW OFFICES OF
**TIMOTHY H. STEARNS**
211 NORTH MT. SHASTA BLVD., SUITE 200
MT. SHASTA, CA 96067-2240

TELEPHONE: (530) 926-6700
FACSIMILE: (530) 926-2304                                    E-MAIL: timstearns@sbcglobal.net

April 17, 2009

**Via CM/ECF Upload**

Clerk of the Court
**UNITED STATES DISTRICT
COURT   NORTHERN
DISTRICT OF CALIFORNIA**
U.S. Courthouse 450 Golden Gate
Avenue San Francisco, California
94102-3483

    Re:    **Brosnan v. Tradeline Solutions Inc., et al.
              USDC-CAND Case No. C08-00694 JCS**

To Whom It May Concern:

    Please be advised that Defendants' counsel, Timothy H. Stearns, hereby requests permission to appear telephonically for the upcoming motions hearing, currently scheduled for ~~1:30 p.m.~~ **9:30 AM** on Friday, May 15, 2009, pursuant to Local Rule 16-10(a). Mr. Stearns will be available for the hearing at: **(530) 926-6700**.

Dated: 4/20/9                                                                                    Respectfully Submitted,

                                                                                                          /s/ Timothy H. Stearns
                                                                                                          TIMOTHY H. STEARNS

**IT IS SO ORDERED AS MODIFIED**
Judge Joseph C. Spero
[Seal: United States District Court, Northern District of California]

## DECLARATION OF SERVICE

| | | |
|---|---|---|
| CASE NAME | : | Brosnan v. Tradeline Solutions, Inc., et al. |
| COURT | : | Northern District of California |
| CASE NO. | : | C 08-00694 JCS |

I, the undersigned, declare:

I am employed in the City of Mt. Shasta, County of Siskiyou, California. I am over the age of 18 years and not a party to the within action. My business address is 211 N. Mt. Shasta Blvd., Suite 200, Mt. Shasta, CA 96067.

On the date this declaration was signed below, a copy (the original) of: **REQUEST FOR TELEPHONIC APPEARANCE** was placed by me in an envelope addressed to the person(s) at the address(es) set forth below:

| | |
|---|---|
| Mike Arias<br>Mark A. Ozzello<br>Mikael Stahle<br>Mark Bloom<br>ARIAS OZZELLO & GIGNAC, LLP.<br>6701 Center Drive, West Suite 1400<br>Los Angeles, CA 90045-1558<br>E-mail: mstahle@aogllp.com<br>E-mail: marias@aogllp.com | John Brosnan<br>848 North Rainbow Boulevard # 1643<br>Las Vegas, NV 89107<br>E-mail: john@cityofsanfrancisco.com |

Service of the above document was effectuated by the following means of service:

_X_ **By First Class Mail** – I am familiar with this office's daily business practice for collection and processing of correspondence and documents for mailing with the United States Postal Service, that the correspondence and documents will be, in the ordinary course of business, deposited with the United States Postal Service that same day. The envelope(s) was/were mailed with postage thereon fully prepaid.

_X_ **By Electronic Mail or Electronic Transmission**. Based on a court order an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as state above. I did not receive, within a reasonable time after the transmission, an electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Mt. Shasta, California, on April 17, 2009.

_____
Lindsay Hildreth