1

2

3

4

5                          UNITED STATES DISTRICT COURT

6                        NORTHERN DISTRICT OF CALIFORNIA

7

8    JOHN BROSNAN,                              No. C-08-0694 JCS

9            Plaintiff,                         **ORDER TO SHOW CAUSE WHY**
        v.                                      **PLAINTIFF SHOULD NOT BE**
10                                              **DECLARED A VEXATIOUS LITIGANT**
     TRADELINE SOLUTIONS, INC., ET AL.,
11
             Defendants.
12   _____/

13

14          Pending before the Court are Defendants' Motion to Dismiss Plaintiff's Third Amended

15   Complaint, Defendants' Motion to Transfer Venue to the Southern District of California, and

16   Defendants' Motion to have Plaintiff Declared a Vexatious Litigant.

17          The Court hereby gives Plaintiff Brosnan notice that it will consider whether to declare him a

18   vexatious litigant, and ORDERS him to SHOW CAUSE why such an order should not issue.  To do

19   so, Plaintiff should file a brief on or before May 7, 2009, explaining why this Court should not

20   declare him a vexatious litigant.  A hearing will be held on May 15, 2009 at 9:30 a.m., in Courtroom

21   A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, on this Order to Show Cause.

22   Plaintiff shall appear in person at the hearing.

23          Failure to respond or appear at the hearing shall result in the automatic entry of the vexatious

24   litigant order and the dismissal of Plaintiff's lawsuit.

25          IT IS SO ORDERED.

26   Dated: April 24, 2009

27                                              _____

                                                JOSEPH C. SPERO
28                                              United States Magistrate Judge

*United States District Court*
For the Northern District of California