# ARIAS OZZELLO & GIGNAC LLP
### ATTORNEYS & COUNSELORS AT LAW

MIKE ARIAS ★
MARK A. OZZELLO
J. PAUL GIGNAC
ARNOLD C. WANG
MIKAEL H. STAHLE
MARK J. BLOOM
KILEY L. GROMBACHER
DENIS M. DELJA¤

OF COUNSEL:
KATHERINE A. DONOVEN ∇
ROBERT A. DYE
DAVID JAROSLAWICZ ♦
RODERICK ALVENDIA °
STEPHEN J. BAITY ✛

★ MEMBER CA, NY, NJ & DC BARS
¤ MEMBER CA, DC & VA BARS
∇ MEMBER CA & AR BARS
♦ MEMBER CA, NY & FL BARS
° MEMBER LA BAR
✛ MEMBER CO BAR

DIRECTOR OF FIRM OPERATIONS:
LAURA STUART

DIRECTOR OF LEGAL ADMINISTRATION:
LUPE SANCHEZ

HOWARD HUGHES CENTER
6701 CENTER DRIVE WEST
FOURTEENTH FLOOR
LOS ANGELES, CALIFORNIA 90045-1558
———
TELEPHONE (310) 670-1600
FAX (310) 670-1231
E-MAIL aoglaw@aogllp.com

May 5, 2009

SANTA BARBARA OFFICE
———
4050 CALLE REAL, SUITE 130
SANTA BARBARA, CALIFORNIA 93110
TELEPHONE (805) 683-7400
FAX (805) 683-7401

NEW YORK
ASSOCIATE OFFICE
———
150 WILLIAM STREET, 19TH FLOOR
NEW YORK, NEW YORK 10038
TELEPHONE (212) 227-2780
FAX (212) 732-6746

LOUISIANA
ASSOCIATE OFFICE
———
1515 POYDRAS STREET, SUITE 1400
NEW ORLEANS, LOUISIANA 70112
TELEPHONE (504) 482-5811
FAX (504) 523-0699

SENDER'S E-MAIL:
mstahle@aogllp.com
SENDER'S DIRECT EXTENSION: 108

**Via CM/ECF Upload**

Clerk of the Court
**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, California 94102-3483

  Re: **Brosnan v. Tradeline Solutions Inc., et al.**
     **USDC-CAND Case No. C08-00694 JCS**

To Whom It May Concern:

  Please be advised that Defendants' counsel, Mikael H. Stahle, hereby requests permission to appear telephonically for the upcoming Hearing regarding Motion for Change Of Venue To Southern District Court, Motion to Dismiss 3rd Amended Complaint and Motion to Deem Plaintiff a vexatious litigant, currently scheduled for 9:30 a.m. on Friday, May 15, 2009, pursuant to Local Rule 16-10(a). Mr. Stahle will be available for the Hearing on his direct dial line of (310) 484-1316.

Dated: May 5, 2009



Respectfully Submitted,

ARIAS OZZELLO & GIGNAC LLP

/S/ Mikael H. Stahle

MIKAEL H. STAHLE

MHS/jc