LAW OFFICES OF

# TIMOTHY H. STEARNS

211 NORTH MT. SHASTA BLVD., SUITE 200
MT. SHASTA, CA 96067-2240

TELEPHONE: (530) 926-6700
FACSIMILE: (530) 926-2304

E-MAIL: timstearns@sbcglobal.net

May 21, 2009

### Via CM/ECF Upload

Judge Joseph C. Spero and Clerk of the Court
**U. S. DISTRICT CT. NORTHERN DIST. OF CALIF.**
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, California 94102-3483

      **Re:**    **Brosnan v. Tradeline Solutions Inc., et al.**
             **USDC-CAND Case No. C08-00694 JCS**

Dear Judge Spero and Clerk of Court:

      Defendants' counsel, Timothy H. Stearns, respectfully requests that the motions hearing which is currently scheduled for 9:30 A.M. on Friday, May 22, 2009 be continued to 9:30 A.M. on May 29, 2009, because said counsel is currently in a trial in Siskiyou County Superior Court and will again be in that trial tomorrow. I have confirmed that both defense counsel who are to appear at the motions hearing, i.e., Mikael Stahl and Timothy H. Stearns, are available to telephonically attend the motions hearing if it is reset to May 29, 2009.

      If the motions hearing is reset to 9:30 A.M. on May 29, 2009, I also request that I be allowed to telephonically appear at the hearing, pursuant to Local Rule 16-10(a). I will be available for the hearing at: **(530) 926-6700**.

Dated: May 21, 2009

Respectfully Submitted,

TIMOTHY H. STEARNS

DENIED

Judge Joseph C. Spero

UNITED STATES DISTRICT COURT · NORTHERN DISTRICT OF CALIFORNIA

## DECLARATION OF SERVICE

**CASE NAME** : **Brosnan v. Tradeline Solutions, Inc., et al.**
**COURT** : **Northern District of California**
**CASE NO.** : **C 08-00694 JCS**

I, the undersigned, declare:

I am employed in the City of Mt. Shasta, County of Siskiyou, California. I am over the age of 18 years and not a party to the within action. My business address is 211 N. Mt. Shasta Blvd., Suite 200, Mt. Shasta, CA 96067.

On the date this declaration was signed below, a copy (the original) of: **CORRESPONDENCE TO COURT DATED MAY 21, 2009**

was placed by me in an envelope addressed to the person(s) at the address(es) set forth below:

| | |
|---|---|
| Mike Arias<br>Mark A. Ozzello<br>Mikael Stahle<br>Mark Bloom<br>ARIAS OZZELLO & GIGNAC, LLP.<br>6701 Center Drive, West Suite 1400<br>Los Angeles, CA 90045-1558<br>marias@aogllp.com<br>mstahle@aogllp.com | John Brosnan<br>848 North Rainbow Boulevard # 1643<br>Las Vegas, NV 89107<br>john@cityofsanfrancisco.com |

Service of the above document was effectuated by the following means of service:

__X__ **By First Class Mail** – I am familiar with this office's daily business practice for collection and processing of correspondence and documents for mailing with the United States Postal Service, that the correspondence and documents will be, in the ordinary course of business, deposited with the United States Postal Service that same day. The envelope(s) was/were mailed with postage thereon fully prepaid.

_____ **By Personal Service** – By personally delivering the copy (the original) thereof in a sealed envelope(s) to the individual(s) listed above.

_____ **By Overnight Service** – I caused such envelope(s) to be deposited in a drop box or other facility regularly maintained by the express service carrier or delivered to an authorized courier or driver authorized by the express service carrier to receive documents. The envelope(s) was/were deposited with the express service carrier with delivery fees paid or provided for.

__X__ **By E-mail** – I sent the documents in this matter via e-mail to the above by the e-mail addresses stated below each.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Mt. Shasta, California, on May 21, 2009.

_Lindsay Hildreth_
Lindsay Hildreth