Mike Arias, Esq. (CSB #115385)
Mark A. Ozzello, Esq. (CSB #116595)
Mikael H. Stahle, Esq. (CSB #182599)
**ARIAS OZZELLO & GIGNAC LLP**
6701 Center Drive West, Suite 1400
Los Angeles, California 90045-1558
Tel: (310) 670-1600
Fax: (310) 670-1231
marias@aogllp.com

Attorneys for Defendant Ted Stearns

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>  Plaintiff,<br><br>vs.<br><br>TRADELINE SOLUTIONS INC., et al.,<br><br>  Defendants. | Case No. C08-00694 JCS<br><br>Hon. Joseph C. Spero<br>Courtroom A<br><br>**DEFENDANT THEODORE STEARNS'S NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER**<br><br>Complaint Filed: January 30, 2008<br>Trial Date:   None |

TO THE CLERK OF THE COURT AND ALL COUNSEL AND PARTIES OF RECORD:

PLEASE TAKE NOTICE that DEFENDANT THEODORE STEARNS, hereby substitutes Timothy H. Stearns, Law Offices of Timothy H. Stearns, 211 N St Shasta Blvd #200, Mount Shasta, California 96067, Telephone: (530) 926-6700 as his sole attorney of record and in place of Arias, Ozzello & Gignac, LLP, 6701 Center Drive West, Suite 1400, Los Angeles, California 90045, Telephone: (310) 670-1600. All notices given or required to be given,

Page 1
DEFENDANT THEODORE STEARNS'S NOTICE OF SUBSTITUTION OF COUNSEL AND [PROPOSED] ORDER

and all papers filed or served or required to be served in the above captioned matter, should henceforth be provided to and served upon counsel at the address set forth below:

LAW OFFICES OF TIMOTHY H. STEARNS
211 N St Shasta Blvd #200
Mount Shasta, California 96067-2240
Telephone: (530) 926-6700
Facsimile: (530) 926-2304

Timothy H. Stearns
timstearns@sbcglobal.net

I, the undersigned, consent to the above substitution.

Dated: June        , 2009            THEODORE STEARNS

                                     By: _____
                                     THEODORE STEARNS
                                     *Defendant* Theodore Stearns

We, the undersigned, consent to the above substitution.

Dated: June 26, 2009                 ARIAS OZZELLO & GIGNAC LLP

                                     By: _____
                                     MIKE ARIAS
                                     MARK A. OZZELLO
                                     MIKHAEL H. STAHLE
                                     *Former Attorneys for Defendant*
                                     Theodore Stearns

I, the undersigned, consent to the above substitution.

Dated: June 26, 2009

LAW OFFICES OF TIMOTHY H. STEARNS

By: _____
TIMOTHY H. STEARNS
*Sole Attorney of Record for Defendant Theodore Stearns*

IT IS SO ORDERED.

Dated: ~~June~~ July 9, 2009

By: _____
HON. JOSEPH C. SPERO
*United States District Judge*