LAW OFFICES OF
# TIMOTHY H. STEARNS
211 NORTH MT. SHASTA BLVD., SUITE 200
MT. SHASTA, CA 96067-2240

TELEPHONE: (530) 926-6700
FACSIMILE: (530) 926-2304

E-MAIL: timstearns@sbcglobal.net

August 4, 2009

**Via CM/ECF Upload**

Clerk of the Court
**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA**
U.S. Courthouse 450 Golden Gate Avenue San Francisco, California 94102-3483

  Re: Brosnan v. Tradeline Solutions Inc., et al.
     USDC-CAND Case No. C08-00694 JCS

To Whom It May Concern:

  Please be advised that Defendants' counsel, Timothy H. Stearns, hereby requests permission to appear telephonically for the upcoming motions hearing, currently scheduled for 1:30 p.m. on Friday, August 14, 2009, pursuant to Local Rule 16-10(a). Mr. Stearns will be available for the hearing at: **(530) 926-6700**.

Dated: August 5, 2009

Respectfully Submitted,

TIMOTHY H. STEARNS

IT IS SO ORDERED
Judge Joseph C. Spero

| | |
|---|---|
| CASE NAME | : Brosnan v. Tradeline Solutions, Inc., et al. |
| COURT | : Northern District of California |
| CASE NO. | : C 08-00694 JCS |

I, the undersigned, declare:

I am employed in the City of Mt. Shasta, County of Siskiyou, California. I am over the age of 18 years and not a party to the within action. My business address is 211 N. Mt. Shasta Blvd., Suite 200, Mt. Shasta, CA 96067.

On the date this declaration was signed below, a copy (the original) of: **CORRESPONDENCE TO COURT DATED AUGUST 4, 2009**

was placed by me in an envelope addressed to the person(s) at the address(es) set forth below:

| | |
|---|---|
| | John Brosnan<br>848 North Rainbow Boulevard # 1643<br>Las Vegas, NV 89107 |

Service of the above document was effectuated by the following means of service:

__X__ **By First Class Mail** – I am familiar with this office's daily business practice for collection and processing of correspondence and documents for mailing with the United States Postal Service, that the correspondence and documents will be, in the ordinary course of business, deposited with the United States Postal Service that same day. The envelope(s) was/were mailed with postage thereon fully prepaid.

_____ **By Personal Service** – By personally delivering the copy (the original) thereof in a sealed envelope(s) to the individual(s) listed above.

_____ **By Overnight Service** – I caused such envelope(s) to be deposited in a drop box or other facility regularly maintained by the express service carrier or delivered to an authorized courier or driver authorized by the express service carrier to receive documents. The envelope(s) was/were deposited with the express service carrier with delivery fees paid or provided for.

_____ **By Facsimile Transmission** – I serve the documents in this matter via Facsimile transmission to the facsimile numbers listed above below each person served.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at Mt. Shasta, California, on August 4, 2009.

*Lindsay Hildreth*
Lindsay Hildreth