John Brosnan
848 Rainbow Boulevard #1643
Las Vegas, NV 89107
702.516.1622

Via CM/ECF Upload

Clerk of the Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Courthouse
450 Golden Gate Avenue
San Francisco, California 94102-3483

Re: Brosnan v. Tradeline Solutions Inc., et al.
USDC-CAND Case No. C08-00694 JCS

To Honorable Joseph C. Spero:

Plaintiff, John Brosnan, hereby requests permission to appear telephonically for the upcoming Case Management Conference hearing.  John Brosnan will be available for the Case Management Conference on his direct dial line of 702.516.1622.

Respectfully Submitted,
    /s/    John Brosnan

Dated: August 10, 2009


IT IS SO ORDERED
Judge Joseph C. Spero