**United States District Court**
For the Northern District of California

1

2

3

4                        UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7    JOHN BROSNAN,                                    Case No. C-08-00694 JCS

8              Plaintiff(s),
                                                     **ORDER RE: DISCOVERY [Docket No. 107]**
9         v.

10   TRADELINE SOLUTIONS, INC.,

11             Defendant(s).
     _____/
12

13        On September 15, 2009, Defendant filed a letter regarding discovery issues.

14        On October 14, 2009, a telephonic hearing was held. John Brosnan, pro se, appeared.

15   Timothy Stearns, counsel for Defendant, appeared.

16        For reasons stated on the record, and good cause shown, IT IS HEREBY ORDERED THAT:

17        1. Plaintiff's deposition will be taken on **October 23, 2009, at 9:00 a.m.,** at 450 Golden

18   Gate Avenue, Courtroom A, 15th Floor, San Francisco, CA.  Counsel Tim Stearns shall arrange for a

19   court reporter and a videographer.

20        2. Defendant shall bring all discovery produced in this case to the deposition for inspection

21   by Plaintiff.

22        3. Plaintiff shall bring, for inspection by Defendant, all documents that are responsive to the

23   document requests or to the deposition notice to the deposition.

24        5. On or before October 28, 2009, a declaration of the court reporter shall be filed describing

25   the events at the previous deposition of the plaintiff, along with a copy of the transcript, and copy of

26   the video.

27        6. Opposition to the Motion for Summary Judgment shall be filed on or before November

28   13, 2009, and the reply brief shall be filed on or before November 20, 2009.  Oral argument on the

     Motion for Summary Judgment, currently set for November 20, 2009, at 9:30 a.m., has been

rescheduled for **January 15, 2010, at 9:30 a.m.**

      IT IS SO ORDERED.

Dated: October 15, 2009

                    _____
JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2