1  Timothy H. Stearns, CSB 141878
   Law Office of Timothy H. Stearns
2  211 N. Mt. Shasta Blvd., Ste. 200
   Mt. Shasta, CA 96067
3  Tele: 530-926-6700 / Fax: 530-926-2304

4  Counsel for Defendant Ted Stearns

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

11 JOHN BROSNAN,                    )    CASE NO. C 08-00694 JCS
                                    )
12              Plaintiff,          )    [proposed]
                                    )    **ADMINISTRATIVE ORDER**
13       v.                         )    **AUTHORIZING ENTRY WITH**
                                    )    **EQUIPMENT**
14 TRADELINE SOLUTIONS, INC. et al.,)
                                    )
15              Defendants.         )
                                    )
16 _____  )

17       IT IS HEREBY ORDERED that Brad Lipetz or other representative of Benchmark Video is

18 authorized to bring the following equipment to the 15th Floor, Dept. "A" of the U.S. District Courthouse,

19 450 Golden Gate Ave., San Francisco, CA, on Monday, November 2, 2009 for a deposition:

20       video camera
         DVD recorder
21       tripod
         cassette recorder
22       monitor
         audio mixer
23       various cables & accessories
         back drop
24       equipment cart

26 Dated: 10/26/09                          _____
                                            Judge Joseph C. Spero
27                                          JOSEPH C. SPERO
                                            U.S. Magistrate Judge

Order Authorizing Entry With Equipment
*Brosnan v. Tradeline Solutions, Inc.*, Case No. C 08-00694 JCS