United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOHN BROSNAN,                          Case No. C-08-00694 JCS

        Plaintiff(s),

    v.                                       **ORDER RE: CONTINUED DEPOSITION OF JOHN BROSNAN**

TRADELINE SOLUTIONS, INC.,

        Defendant(s).
_____/

IT IS HEREBY ORDERED that the continued deposition of John Brosnan is set for **November 2, 2009, at 9:30 a.m.,** at 450 Golden Gate Avenue, San Francisco, CA. Plaintiff shall bring a valid picture identification card for entry into the building.

IT IS SO ORDERED.

Dated: October 26, 2009

                                                         _____
                                                         JOSEPH C. SPERO
                                                         United States Magistrate Judge