LAW OFFICES OF
# TIMOTHY H. STEARNS
211 NORTH MT. SHASTA BLVD., SUITE 200
MT. SHASTA, CA 96067-2240

TELEPHONE: (530) 926-6700
FACSIMILE: (530) 926-2304

E-MAIL: timstearns@sbcglobal.net

January 11, 2010

### Via CM/ECF Upload

Clerk of the Court
**U. S. DISTRICT COURT NO. DIST. OF CALIF.**
U.S. Courthouse
450 Golden Gate Avenue
San Francisco, California 94102-3483

    **Re:**   **Brosnan v. Tradeline Solutions Inc., et al.**
            **USDC-CAND Case No. C08-00694 JCS**

To Whom It May Concern:

    Please be advised that Defendant's counsel, Timothy H. Stearns, hereby requests permission to appear telephonically for the upcoming hearing on defendant's motion for summary judgment, currently scheduled for 9:30 a.m. on Friday, January 15, 2010, pursuant to Local Rule 16-10(a).

    Mr. Stearns will be available for the hearing at: **(530) 926-6700**.

Dated: Jan. 12, 2010



Respectfully Submitted,

TIMOTHY H. STEARNS

cc: John Brosnan (proof of service attached)