John Brosnan
848 Rainbow Boulevard #1643
Las Vegas, NV 89107
702.516.1622

Via CM/ECF Upload

Clerk of the Court
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

U.S. Courthouse
450 Golden Gate Avenue
San Francisco, California 94102-3483

Re: Brosnan v. Tradeline Solutions Inc., et al.
USDC-CAND Case No. C08-00694 JCS

To Honorable Joseph C. Spero:

Plaintiff, John Brosnan, hereby requests permission to appear telephonically for the upcoming hearing. John Brosnan will be telephonically available for the hearing at 702.516.1622.

Respectfully Submitted,
   /s/  John Brosnan

Dated: January 14, 2010

